**Appeal Dismissed and Memorandum Opinion filed June 18, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00206-CV

---

## LITA DEVELOPMENT LLC, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1137837**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed November 21, 2023. The notice of appeal was filed March 5, 2024 following the filing of a timely motion for new trial, and appellant was granted an extension of time to file the notice of appeal. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees

and costs).

On April 2, 2024, appellant was instructed to pay the appellate filing fee on or before April 12, 2024 or the appeal would be subject to dismissal without further notice. Appellant did not provide any response to the notice.

On May 14, 2024, appellant was ordered to pay the filing fee on or before May 24, 2024. In the order, the court notified appellant that failure to comply with this requirement would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellant has not paid the appellate filing fee, nor has it otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.